CITY OF BUFFALO, Respondent, *v.* ROBERT C. HAYMAN, Defendant, and ARTHUR W. DAVENPORT, Appellant. (Proceeding for Condemnation No. 122.)

Submitted May 17, 1954; decided June 3, 1954.

*William J. Driscoll* for motion.

*William B. Lawless, Jr., Corporation Counsel,* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

Motion for stay dismissed.

MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted May 24, 1954; decided June 3, 1954.

Motion for reargument denied, with $10 costs. [See 294 N. Y. 818.]